**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00037-CV**
_____

**CHERYL HARVEY PAIGE AND BARBARA LEBLANC, Appellants**

**V.**

**SILVER LINING SCOUTS, LLC, Appellee**

_____

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-202,383**
_____

**MEMORANDUM OPINION**

Appellants Cheryl Harvey Paige and Barbara LeBlanc filed a notice of appeal from the trial court's order interpreting two provisions of the Texas Tax Code. On April 6, 2021, we notified the parties that appellants had not remitted the filing fee for the appeal, and we warned appellants that the appeal would be dismissed for want of prosecution unless they established that they paid the fee or needed additional time to do so. None of the parties filed a response. Appellants neither paid the filing fee for the appeal nor requested an extension of time.

1

Appellants did not file an affidavit of indigence on appeal and have not shown that they are entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to remit the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 19, 2021
Opinion Delivered May 20, 2021

Before Golemon, C.J., Kreger and Horton, JJ.